RECEIVED
IN MONROE, LA

JUN 1 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| YONG FEI DONG<br>A 70 904 767<br>VS.<br><br>ALBERTO GONZALES, ET AL. | CIVIL ACTION NO. 05-2095<br><br>SECTION P<br>JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this _15_ day of _June_, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE